

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2014

No. 04-12-00316-CR

Shawn Pierre **LEE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR6846
Honorable George H. Godwin, Judge Presiding

**O R D E R**

Sitting:      Catherine Stone, Chief Justice
            Sandee Bryan Marion, Justice
            Patricia O. Alvarez, Justice

This court's previous attempts to obtain the missing court exhibits for the above referenced case have been unsuccessful. It is, therefore, ORDERED that this appeal is abated to the trial court for a hearing to determine if Trial Court Exhibits 1-4, admitted on May 2, 2012, are either lost or destroyed in accordance with Texas Rule of Appellate Procedure 34.6(f)(4). TEX. R. APP. P. 34.6(f)(4). If such documents have been either lost or destroyed, the trial court is ORDERED to make a determination of whether the exhibits can "be replaced by agreement of the parties or with a copy determined by the trial court to accurately duplicate with reasonable certainty the original exhibit[s]." *Id.*

It is FURTHER ORDERED that this court's letter dated September 9, 2013, setting this appeal for submission on October 8, 2013, is WITHDRAWN.

The trial court is ORDERED to supplement the clerk's record with its findings *no later than April 25, 2014*.

It is so **ORDERED** on the 20th day of March, 2014.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court